**DISMISS and Opinion Filed August 28, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00265-CV**

**FC INVESTMENTS, LTD., Appellant**
**V.**
**CITY OF DALLAS, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-20173**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Carlyle
Opinion by Justice Reichek

FC Investments, Ltd filed this interlocutory appeal challenging the trial court's order granting a plea to the jurisdiction filed by the City of Dallas. On August 23, 2024, the parties filed a joint motion to dismiss this appeal stating the dispute made the basis of the suit has become moot. FC Investments represents that, upon dismissal of this appeal, it will nonsuit its claims in the trial court below.

Based on the parties' representations, we grant the motion and dismiss the appeal as moot.  TEX. R. APP. P. 42.1(a).

 

/Amanda L. Reichek/
AMANDA L. REICHEK
240265F.P05            JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FC INVESTMENTS, LTD.,
Appellant

No. 05-24-00265-CV          V.

CITY OF DALLAS, Appellee

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-23-20173.
Opinion delivered by Justice
Reichek. Justices Nowell and Carlyle
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered August 28, 2024